AO 470  (8/85)    Order of Temporary Detention

# United States District Court
## WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

James Edward Thomson
        Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number :    2:06-mj-14

Upon motion of the United States, it is ORDERED that a detention hearing is

set for   April 20, 2006   at   1:30 p.m.   before
      Date                            Time

Timothy P. Greeley, U.S. Magistrate Judge     Marquette, Michigan
     Name of Judicial Officer                           Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by the United States marshal

and produced for the hearing.

4/18/06                               /s/ Timothy P. Greeley
   Date                                              Judicial Officer